UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

STANLEY CARL BURKHARDT                          CIVIL ACTION

VERSUS                                          NO. 25-2293

ORLEANS PARISH JUSTICE CENTER,                  SECTION "T" (2)
ET AL.

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Findings and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that Plaintiff's Motion to Voluntarily Dismiss Case Without Prejudice (ECF No. 4) is **GRANTED** and all claims against defendants Orleans Parish Justice Center and Sheriff Susan Hutson be **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that, in light of the voluntary dismissal, the Order Granting Leave to Proceed *In Forma Pauperis* (ECF No. 3) assessing the initial payment and directing monthly payments of the filing fee is **VACATED**, and that facility officials make no further withdrawals from the prison trust fund account for plaintiff Stanley Carl Burkhardt, #2542881, to collect filing fees for Civ. Action No. 25-2293. Plaintiff is advised that funds properly withdrawn under the collection prior to this order will not be refunded.

New Orleans, Louisiana, this ____5th____ day of ____January____, 2026.

_____
UNITED STATES DISTRICT JUDGE

Clerk to notify FINANCIAL
and serve by mail:
WARDEN, Orleans Justice Center
3000 Perdido Street
New Orleans, LA 70119
**ATTN: Inmate Banking**